1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN E. LEPLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:11-cv-00781-ECR-WGC |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ROBERT LeGRAND, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has submitted an application for leave to proceed *in forma pauperis*, a civil rights complaint, and several motions. (ECF No. 1.)

On November 10, 2011, plaintiff filed a motion for leave to file an amended complaint. (ECF No. 4.) Plaintiff may amend his complaint once as a matter of course because defendants have not yet responded to his original complaint. Fed. R. Civ. P. 15(a). Accordingly, the court grants the motion for leave to file an amended complaint. Plaintiff must file his amended complaint within thirty days of the date of entry of this order.  In his amended complaint, plaintiff is advised that he should specifically identify each defendant to the best of his ability, clarify what constitutional right he believes each

defendant has violated, and support each claim with factual allegations about each defendant's actions. There can be no liability under 42 U.S.C. § 1983 unless there is some affirmative link or connection between a defendant's actions and the claimed deprivation. *Rizzo v. Goode*, 423 U.S. 362 (1976); *May v. Enomoto*, 633 F.2d 164, 167 (9th Cir. 1980); *Johnson v. Duffy*, 588 F.2d 740, 743 (9th Cir. 1978). Plaintiff's claims must be set forth in short and plain terms, simply, concisely and directly. *See Swierkeiewicz v. Sorema N.A.*, 534 U.S. 506, 514 (2002); Fed. R. Civ. P. 8.

Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 15-1 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

After plaintiff files his amended complaint, the court will conduct a preliminary screening pursuant to 28 U.S.C. § 1915A(a) and will address plaintiff's motions.

**IT IS THEREFORE ORDERED** that plaintiff's motion for leave to file an amended complaint (ECF No. 4) is **GRANTED**. Plaintiff must submit his amended complaint within **thirty (30) days** of the date of entry of this order.

DATED this 28th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE