UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN E. LEPLEY, | ) | 3:11-cv-00781-ECR (WGC) |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | August 28, 2012 |
| vs. | ) | |
| | ) | |
| ROBERT LEGRAND, et. al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    KATIE OGDEN      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Extend Prison Copywork Limit. (Doc. # 49.)

An inmate plaintiff does not have a right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir. 1989) ("numerous courts have rejected any constitutional right to free and unlimited photocopying"). Nevada Department of Corrections (NDOC) Administrative Regulation (AR) 722 governs copying of legal documents by inmates, and provides, "[c]opies of legal documents requested by inmates may be made for a nominal fee." AR 722.01(9), *available at* http://www.doc.nv.gov/?q=node/68. "Inmates can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." *Id*.

A court may order a prison to provide additional photocopying when the prisoner demonstrates that an increase is necessary for an inmate to provide copies to the court and other parties. *See, e.g., Allen v. Clark County Detention Center*, 2011 WL 886343, at * 2 (D. Nev. March 11, 2011).

///

MINUTES OF THE COURT
3:11-cv-00781-ECR (WGC)
Date:  August 29, 2012
Page 2

      While Plaintiff does not indicate a specific amount in connection with his request for an extension of his copy work limit, he does state that he has exceeded the initial $100 limit.  In the future, Plaintiff is reminded to be specific in describing his need for a copy work extension.  Given that Defendants have just recently entered an appearance in this action, the court will **GRANT** Plaintiff's motion and will extend his copy work limit in the amount of **$20 TO BE USED IN THIS CASE ONLY**.  Plaintiff is further reminded to be circumspect in his filings.

      **IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK


                        By:  /s/
                              Deputy Clerk