# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN E. LEPLEY, ) | 3:11-cv-00781-ECR (WGC) |
| ) | |
| Plaintiff, ) | **MINUTE ORDER** |
| ) | August 28, 2012 |
| vs. ) | |
| ) | |
| ROBERT LEGRAND, et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

  Before the court is Plaintiff's request that the court issue an emergency order with respect to Plaintiff's dental and vision appointments. (Doc. # 35.) Plaintiff's motion is actually a request for injunctive relief. Pursuant to *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008), a request for injunctive relief must demonstrate the following: (1) the plaintiff is likely to succeed on the merits; (2) the plaintiff is likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in the plaintiff's favor; and (4) an injunction is in the public interest. *Id.* at 20.

  Plaintiff's motion is **DENIED WITHOUT PREJUDICE** because it fails to address the prerequisites for injunctive relief.

  **IT IS SO ORDERED.**

                    LANCE S. WILSON, CLERK


                    By:   /s/
                       Deputy Clerk