# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN E. LEPLEY, | ) | 3:11-cv-00781-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 7, 2013 |
| | ) | |
| ROBERT LEGRAND, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for Certification" (Doc. # 111).  In view of the agreement between Plaintiff and Defendants' counsel at the hearing on January 3, 2013 (Doc. # 112), plaintiff's filing needs no action by the court.  To the extent the Request for Certification (Doc. # 111) might be considered a motion, it is **DENIED as moot.**

LANCE S. WILSON, CLERK

By: _____/s/_____
         Deputy Clerk