## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN E. LEPLEY, | ) | 3:11-cv-00781-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 9, 2013 |
| | ) | |
| ROBERT LEGRAND, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's motion to extend copywork limit (Doc. # 151).  Plaintiff seeks to extend the limit with respect to the litigation of his (second) motion for summary judgment (Doc. # 129), his responses to the anticipated motion for summary judgment of Defendants and to propound interrogatories to Mr. Forero (who is not a party defendant and as such, not a person upon whom interrogatories may be served).  Plaintiff does not indicate how much of an extension he seeks but states that as of the time of filing his motion he was down to $8.65.

    Since Plaintiff has already filed two motions for summary judgment, his request should be limited to filing any oppositions to Defendants' anticipated motion and a reply in support of his own motion.  The court, therefore, **GRANTS** Plaintiff a copywork extension of **$15.00 to be used in this case only.**

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk