## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN E. LEPLEY, | ) | 3:11-cv-00781-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 9, 2013 |
| | ) | |
| ROBERT LEGRAND, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for Court's Order for Defendants' Counsel to Comply with F.R.C.P. 33(b)." (Doc. # 133.)  The basis of Plaintiff's motion appears to be Plaintiff's contention that Defendants have not verified their answers to Plaintiff's interrogatories (*id*; Doc. # 134, "Exhibits to Plaintiff's Request").  Also before the court is Plaintiff's "Request for Sanctions under F.R.C.P. 37(c)(1)" (Doc. # 136), wherein Plaintiff seeks the court to order sanctions for defendants' "failing to have all defendants' signatures or notarize" (sic).  The Defendants have filed an opposition to the Plaintiff's motion for sanctions (Doc. #148), wherein they note that the failure to include a verification page to discovery responses has been corrected.

At the status conference conducted on this matter on February 21, 2013 (Doc. # 131), Defendants were directed to file verifications to their responses to Plaintiff's discovery. On March 1, 2013, Defendants' counsel filed a "Notice of Verification of Defendant Rex Reed" (Doc. # 132, which document also provided verification of the date of Defendant Reed's retirement from Nevada Department of Corrections).  On March 14, 2013, Defendants' counsel filed a Notice of Verification to Answers to Interrogatories of Defendants LeGrand, Widman, Howard and Bannister (Doc. # 143).

Therefore, as ordered by the court at the February 21, 2013 status conference, Defendants have provided Plaintiff the verifications to their discovery responses.  Plaintiff's motions (Docs. # 133 and # 136) are therefore **DENIED** as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk